# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

In the Matter of:

Establishment Inspection of

U.S. POSTAL SERVICE
1860 Sierra Gardens Drive
Roseville, CA 95661

Civil Action

Case No.  2:22-mc-244-JDP

**WARRANT FOR INSPECTION**

TO:   Matthew Kuzemchak
      Area Director
      Oakland Area Office
      1301 Clay Street, Suite 1080N
      Oakland, CA 94612

Application having been made and the Court having found that there is sufficient cause to permit entry for inspection and investigation of the U.S. Postal Service Facility ("Worksite") at the establishment described as:

U.S. POSTAL SERVICE
1860 Sierra Gardens Drive
Roseville, CA 95661

IT IS HEREBY ORDERED that pursuant to Section 8(a) of the Occupational Safety and Health Act of 1970 (29 U.S.C. §§ 651-78) hereinafter referred to as the Act, YOU and/or OTHER DESIGNATED REPRESENTATIVES of the Secretary of Labor, U.S. Department of Labor, ARE AUTHORIZED to:

Enter without delay the above premises during regular working hours or at other reasonable times to conduct an inspection and investigation, including but not limited to questioning privately any employer, owner, operator, agent, or employees on the premises during working hours and the taking of photographs, video recording, measurements and samples, (including temperature and climate sampling), of the workplace areas, environment, and processes where work is performed by employees as it relates to the heat-related hazards and conditions alleged in the employer's injury referral dated on or about June 27, 2022 and July 29, 2022.

OSHA is authorized to conduct an inspection of the areas and processes related to the injury that occurred on or about June 27, 2022; conduct an inspection of the areas and processes related to the injury that occurred on or about July 29, 2022; to ask employees who work in each of these areas and/or involved in these processes to voluntarily answer questions privately; to take photographs and video recordings of the areas and processes; and to take temperature measurements, including but not limited to temperature and humidity readings and wet bulb globe temperature (WBGT) readings using a heat stress monitor. The inspection of the foregoing areas and processes may include all pertinent conditions including structures, machines, apparatus, devices, equipment, materials, chemical compounds, workplace video surveillance cameras and footage therefrom and all other things therein (including records required by the Act and regulations and standards, and other records related to the purpose of the inspection).

OSHA is authorized to extend the inspection and investigation to any hazardous conditions within the plain view of the compliance officer(s).

OSHA is authorized to inspect and copy those records required by 29 C.F.R. Part 1904 and such other records which are directly related to the purpose of the inspection. Such records may include, but are not limited to, logs of workplace injuries and illnesses, injury and illness

incident reports, employee exposure records, employee training records, and certain equipment-, process- or hazard-specific safety and health programs required by the regulations.

The compliance officer's credentials will be presented, and the inspection will be commenced within thirty (30) days of the issuance of this warrant and will be completed within ten (10) days of the commencement of the inspection.

Within fifteen (15) days of the completion of the inspection, a return shall be made to this Court.

Date and time issued:       August 5, 2022 at 11:21 a.m.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE